**Order Issued June 7, 2013**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00705-CV

### IN RE MICHAEL CHRANE, Relator

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-00039-B

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/     MOLLY FRANCIS
        JUSTICE